

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

Writer's direct number 212-416-8478

Mihir.Desai@ag.ny.gov

December 13, 2024

<u>VIA CM/ECF</u>

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 920
Central Islip, New York 11722

The Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Courtroom 810
Central Islip, New York 11722

    Re: *Town of Hempstead, et al. v. Triborough Bridge and Tunnel Authority, et al.*,
       No. 24-Civ-8121 (E.D.N.Y.) (JMA) (ARL)

Dear Judges Azrack and Lindsay:

    I write on behalf of defendant Governor Kathy Hochul. In an unnumbered docket order entered yesterday, the Court extended the date for defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority to respond to the complaint. I respectfully write to confirm that the extension of time granted by the Court also applies to Governor Hochul and that her date to respond to the complaint is extended to ten days from the day Judge Azrack rules on the motion for remand.

                              Respectfully submitted,

                              Mihir A. Desai
                              Assistant Attorney General

Environmental Protection Bureau | 28 Liberty Street | New York NY 10005 | main number 212-416-6446